# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**HARRY BALK,**

    Plaintiff,

v.

**CLARENCE AVANT** and
**INTERIOR MUSIC CORP**.,

    Defendants.

Case No. 14-11767
Hon. Laurie J. Michelson

_____/

**INTERIOR MUSIC CORP.,**

    Third-Party Plaintiff,

v.

**SIXTO RODRIGUEZ,**

    Third-Party Defendant.

_____/

## STIPULATION OF DISMISSAL

Third-Party Plaintiff Interior Music Corp. ("Interior") and Third-Party Defendant Sixto Rodriguez, by and through their respective counsel, hereby stipulate to the dismissal of Count II of Interior's Third-Party Complaint [Dkt. No. 11].

Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Count II of the Third-Party Complaint is hereby dismissed.

Respectfully submitted,

By: /s/ *Peter M. Falkenstein*
Peter M. Falkenstein
JAFFE RAITT HEUER & WEISS, PC
535 W. William St., Suite 400S
Ann Arbor, Michigan 48104
(734) 222-4776
pfalkenstein@jaffelaw.com

*Attorneys for Interior Music Corp.*

By: */s/ Geoffrey N. Fieger*
Geoffrey N. Fieger
FIEGER, FIEGER, KENNEY AND HARRINGTON, PC
19390 W. 10 Mile Rd.
Southfield, Michigan 48075
(248) 355-5555
g.fieger@fiegerlaw.com

*Attorneys for Sixto Rodriguez*

### CERTIFICATE OF SERVICE

I CERTIFY that on March 22, 2017, I filed a copy of the foregoing document with the Clerk of the Court via the ECF system, which will provide electronic notice of the filing to all attorneys of record in this case.

Date:  March 22, 2017                     /s/ Jacqueline Delevie
                                          Jacqueline Delevie