UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOMBA MUSIC, INC., and
HARRY BALK,

    Plaintiffs,

v.

CLARENCE AVANT and
INTERIOR MUSIC CORP.,

    Defendants.

Case No. 14-cv-11767
Honorable Laurie J. Michelson
Magistrate Judge R. Steven Whalen

INTERIOR MUSIC CORP.,

    Third-Party Plaintiff,

v.

SIXTO RODRIGUEZ,

    Third-Party Defendant.

## JUDGMENT

In accordance with the Court's Opinion and Order dated December 6, 2016, and in light of Third-Party Plaintiff's and Third-Party Defendant's March 22, 2017 stipulation of dismissal of the sole remaining count in the Third-Party Complaint, the Court hereby enters judgment in favor of Defendants as to Plaintiff's Second Amended Complaint and dismisses the Third-Party Complaint.

Dated at Detroit, Michigan: March 23, 2017.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              s/Keisha Jackson
                                              Case Manager and Deputy Clerk

APPROVED:
s/Laurie J. Michelson
HON. LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 23, 2017.

                                              s/Keisha Jackson
                                              Case Manager to
                                              Honorable Laurie J. Michelson